UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xiaowei CHEN,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>Sixto MARRERO, et al.,<br><br>　　　　　　　　Respondents. | Case No.: 26-cv-0564-AGS-VET<br><br>**ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING** |

　　Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free her from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**. Petitioner's motion for temporary restraining order (ECF 5) is **DENIED** as moot.

　　Respondents must provide petitioner with a bond hearing before an immigration judge by **February 16, 2026**.

Dated:  February 4, 2026

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　United States District Judge